MICHAEL DAVID WILSON
_____
NAME
F-22446
_____
PRISON NUMBER

5150 O'BYRNES FERRY RD.
_____
CURRENT ADDRESS OR PLACE OF CONFINEMENT

JAMESTOWN, CA.  95327
_____
CITY, STATE, ZIP CODE

**FILED**

MAR 2 4 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID WILSON
_____,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

FRANK X. CHAVEZ
_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

KAMALLA HARRIS
_____,

The Attorney General of the State of
California, Additional Respondent.

Civil No. _____ **'11 CV 0599 IEG BLM**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

## PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   COUNTY OF SAN DIEGO NORTH COUNTY VISTA 325 S. MELROSE DR. VISTA, CA.  92081

2. Date of judgment of conviction: 03/13/2009 _____

3. Trial court case number of the judgment of conviction being challenged: SCN241891 _____

4. Length of sentence: 9YEARS 4 MONTHS _____

5.  Sentence start date and projected release date: 03/19/2009  RELEASE DATE: MAY 2015

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): PC 666.5(A)
    THEFT OF VEHICLE WITH PRIOR, 2800.2(A) EVADING AN OFFICER.

7.  What was your plea? (CHECK ONE)
    (a)  Not guilty          ☐
    (b)  Guilty              ☒
    (c)  Nolo contendere     ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a)  Jury        ☐
    (b)  Judge only  ☐

9.  Did you testify at the trial?
    ☐ Yes  ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes  ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a)  Result: ___N/A___
    (b)  Date of result, case number and citation, if known: _____

    (c)  Grounds raised on direct appeal: _____

12. If you sought further direct review of the decision on appeal by the **California Supreme
    Court** (e.g., a Petition for Review), please answer the following:
    (a)  Result: ___N/A___
    (b)  Date of result, case number and citation, if known: _____

    (c)  Grounds raised: _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

   (a) Result: __N/A__

   (b) Date of result, case number and citation, if known: _____

   (c) Grounds raised: _____

_____

_____

_____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☒ Yes   ☐ No

15. If your answer to #14 was "Yes," give the following information:

   (a) **California Superior Court** Case Number: __SCN241891__

   (b) Nature of proceeding: __WRIT OF HABEAS CORPUS__

   __INEFFECTIVE COUNSEL, VIOLATION OF 6TH AMENDMENT RIGHTS__

   (c) Grounds raised: _____

_____

_____

_____

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes  ☒ No

   (e) Result: __DENIED__

   (f) Date of result: __10/7/2010__

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☒ Yes   ☐ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: D058562

    (b) Nature of proceeding: ~~appeal~~ *Writ of HABEAS CORPUS*

    (c) Grounds raised: INEFFECTIVE COUNSEL, VIOLATION OF 6TH AMENDMENT RIGHTS

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No

    (e) Result: DENIED

    (f) Date of result: 11/17/2010

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number: S189440

    (b) Nature of proceeding: ~~appeal~~ *Writ of HABEAS CORPUS*

    (c) Grounds raised: INEFFECTIVE COUNSEL, VIOLATION OF 6TH AMENDMENT RIGHTS

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

       ☐ Yes  ☒ No

    (e) Result: DENIED

    (f) Date of result: 02/16/2011

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

### COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☐ Yes ☐ No     (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
    (i) What was the prior case number? _____
    (ii) Was the prior action (CHECK ONE):
        ☐ Denied on the merits?
        ☐ Dismissed for procedural reasons?
    (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No

    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

    (a) **GROUND ONE**: VIOLATION OF MY 6TH AMENDMENT, CONSTITUTIONAL GUARANTEE

OF EFFECTIVE / ASSISTANCE FROM A LAWYER


Supporting FACTS (state *briefly* without citing cases or law) I, MICHAEL D. WILSON WAS

OFFERED A PLEA BY D.D.A., BONNIE HOWARD REGAN, ON 03,04,2008.  MY ATTORNEY

CASANDRA M. KINCHEN INFORMED ME OF THIS DEAL WHERE I MET HER IN COURT FOR THE

*First time* I HAD EVER SEEN HER.  I TOLD HER, "YES, I WILL TAKE THE DEAL, TODAY, RIGHT

NOW, WAIVE THE PROBATION REPORT, GET SENTENCED TODAY, AND BE DONE WITH IT. I

AM GUILTY, LET'S DO THIS NOW, TODAY."  SHE TOLD ME THAT SHE WAS GOING TO BE

LATE FOR AN IMPORTANT LUNCH APPOINTMENT, BUT NOT TO WORRY, SHE HAD TALKED TO

D.A. AND THE OFFER WOULD STILL BE THERE AT THE NEXT COURT DATE.  I TRIED AGAIN

TO HAVE HER EXCEPT THE OFFER AND PLEAD ME GUILTY.  SHE THEN GUARANTEED ME THAT

SHE HAD ALREADY TALKED TO THE D.A. ABOUT KEEPING THE OFFER OPEN SO I COULD

DECIDE, WHCIH THERE WAS NOTHING TO DECIDE.  I KNEW MY PAST AND SHE HAD NOT

DONE HER HOMEWORK.  AT THE NEXT COURT DATE THE DEAL WAS GONE AND WAS SOON TO

BE AMENDED BY 5 LIFE SENTENCES PLUS PRIORS.  TERMS RECCOMENDED BY THE PROBATION

OFFICER, CHRISTY DUNN.  MY ATTORNEY STILL TOLD ME TO PLEA GUILTY AND SHE WOULD

BEG THE COURT FOR LENIENCY AND ASK THE COURT FOR A 13 YEAR TERM.  THE D.A.

AND MY LAWYER, BLAME EACH OTHER.  THE D.A. SAYS SHE WOULD HAVE PUT IT IN HER

NOTES IF THE DEAL WAS TO REMAIN OPEN.  MY LAWYER SAYS SHE GUARANTEED HER IT

WOULD REMAIN OPEN.  ONE OF THEM IS WRONG, BUT I AM LEFT WITH AN ADDITIONAL

3 YEARS AND 4 MONTHS TO SERVE, BECAUSE OF THIS MISTAKE.  THIS IS NOT

JUSTICE IN THE UNITED STATES OF AMERICA ACCORDING TO THE CONSTITUION AND

MY 6TH AMMENDMENT RIGHTS.  I WOULD LIKE A SENTENCE MODIFICATION TO REFLECT *Relief*

*From* THIS ERROR, *OR I MPOSE the OriginAl Six yeAr OFFer*

Did you raise GROUND ONE in the California Supreme Court?

☒ Yes ☐ No.

**(b) GROUND TWO**:                N/A
_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND TWO in the California Supreme Court?**
☐ Yes ☐ No.

(c) **GROUND THREE**: _____ N/A _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

**(d) GROUND FOUR:** _____ N/A _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

**24.** If your answer to #23 is "Yes," give the following information:

    (a)  Name of Court: _____N/A_____

    (b)  Case Number: _____

    (c)  Date action filed: _____

    (d)  Nature of proceeding: _____

    _____

    (e)  Grounds raised: _____

    _____

    _____

    _____

    _____

    (f)  Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes  ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a)  At preliminary hearing: CASSANDRA M. KINCHEN #153191
       325 SOUTH MELROSE DR. VISTA, CA. 92081-6695

    (b)  At arraignment and plea: CASSANDRA M. KINCHEN

    (c)  At trial: CASSANDRA M. KINCHEN (FOR STRIKE AND PRIORS ONLY)

    (d)  At sentencing: DANIEL LEE MITTS
       2405 OLD RANCH ROAD, ESCONDIDO, CA. 92027

    (e)  On appeal: N/A

    (f)  In any post-conviction proceeding: N/A

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: N/A

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes   ☐ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes   ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
_____

   (b) Give date and length of the future sentence: _____
_____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes   ☐ No

**28.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
03/15/2011

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

3/15/2011
   (DATE)

*Michael Wilson*
SIGNATURE OF PETITIONER

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

Michael Wilson

      Petitioner,    )

V.

Frank X. Chavez

      Respondent.   )

CASE NO. _____

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

Petition For Writ of Habeas Corpus

**PARTIES SERVED:**

United States District Court
Southern District of California

I declare under penalty of perjury the above statements are true and correct. This document executed on the ___3___ **Day of** ___15th___ 200_11_ , in the city of _____, California. By: _Michael Grossman_   print your name

SIGNED: _Michael Grossman_

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Michael David Wilson

**DEFENDANTS**

'11 CV 0599 IEG BLM
Chavez et al

2254      1983

**FILING FEE PAID**    NCE OF FIRST LISTED DEFENDANT _____
Yes        No  1     (IN U.S. PLAINTIFF CASES ONLY)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Tuolumne
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**IFP MOTION FILED**  MNATION CASES, USE THE LOCAT... OF THE ...T OF LAND
Yes        No

**FILED**

MAR 2 4 2011

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** ATTORNEYS (IF KNOWN)

Michael David Wilson
5150 Byrnes Ferry Rd.
Jamestown, CA 95327
F-22446

**COPIES SENT TO**

Court

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff      ☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE     3/24/11

SIGNATURE OF ATTORNEY OF RECORD