# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael David Wilson

V.

Frank X. Chavez, Warden; Kamalla Harris, Attorney General of the State of California

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11cv599-IEG(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **ADOPTS IN PART** Magistrate Judge Major's well-reasoned Amended Report and Recommendation. Court **DENIES** the Petition. Court denies a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. Case is closed.........

| April 3, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ J. Haslam |
| | (By) Deputy Clerk |
| | ENTERED ON April 3, 2012 |