Michael David Wilson
Mountain Home Conservation Camp
P.O. Box 647
Springville, CA 93265
CDCR: F-22446

In pro se

**FILED**
APR 23 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____AKR_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID WILSON,<br><br>    Petitioner-Appellant,<br><br>vs.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent-Appellee. | Case No.: 3:11-cv-00599-IEG-BLM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Petitioner, Michael David Wilson, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment denying the petition for writ of habeas corpus entered in this action on April 2, 2012

Dated: 4-19-2012

_Michael Wilson_
Michael David Wilson
Petitioner in pro se

Wilson F2?/446  
Mountain Home Conservation Camp  
P.O. Box 647  
Springville, CA. 93265

U.S. District Court  
880 Front Street, Room 4290  
San Diego, Ca. 92101

